# United States District Court
# For The Western District of North Carolina
# Charlotte Division

David James Salter,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:04-cv-525-H

Gaston Life Saving and First Aid Crew, Inc.

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2006 Order.

**Signed: May 2, 2006**

Frank G. Johns, Clerk
United States District Court